UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**NANCY HEFT, et al.,**

      **Plaintiffs,**

    v.                                      Case No. 21-CV-57

**WALMART, INC., et al.,**

      **Defendants.**

---

### ORDER OF DISMISSAL

---

Based upon the stipulation of the parties (ECF No. 32), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 21st day of March, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge